**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 4:18-CR-21-001 |
| **DEMETRIUS CLARK** | |

### ORDER

The Court has received a request from the Bureau of Prisons, dated May 8, 2023, requesting guidance as to how Mr. Clark's sentence should run with respect to a state sentence he has served with the state of Georgia. In accordance with 18 U.S.C. § 3582(c)(1)(A), the Court may modify a term of imprisonment once it has been imposed upon Motion of the Director of the Bureau of Prisons after considering the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Therefore, having considered it, the Court orders the Federal sentence to run consecutive to the state sentence imposed in Muscogee County Superior Court, Docket Nos. SU-2018-CR-3653 and SU-2019-CR-1772.

So ordered this 30th day of May, 2023.



S/Clay D. Land
HONORABLE CLAY D. LAND
U.S. DISTRICT JUDGE